

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00862-CR

Lawrence **MURPHY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. CC732543
Honorable Melanie Lira, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellant's motion to expedite the issuance of the mandate is GRANTED. The clerk of this court is instructed to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

SIGNED August 6, 2025.

_____
Lori I. Valenzuela, Justice